No. 99–5429. AYELE v. SIMKINS INDUSTRIES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–5430. CONTRERAS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–5431. CLAYTON v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 99–5432. TAYLOR v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–5433. THOMPSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–5434. WILSON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 99–5437. THIERRY v. GIBSON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–5438. WANGBOJE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–5439. THOMPSON v. ALASKA. Ct. App. Alaska. Certiorari denied.

No. 99–5441. CZECK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–5442. BROWN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–5443. JONES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5444. BOUYEA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–5448. PETERSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–5449. SMART ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.